FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMIRO G.,[1]<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:22-cv-03172-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ECF Nos. 20, 27, 32** |

Before the Court is the Report and Recommendation issued by Magistrate Judge Alexander C. Ekstrom, ECF No. 32, recommending Plaintiff's Motion, ECF No. 20, be granted and Defendant's Motion, ECF No. 27, be denied. No objections were filed. After reviewing the Report and Recommendation, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED**:

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

1. The Report and Recommendation, **ECF No. 32**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion, **ECF No. 20**, is **GRANTED**. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

3. Defendant's Motion, **ECF No. 27**, is **DENIED**.

4. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **ENTER JUDGMENT** in favor of Plaintiff, forward copies to counsel and Magistrate Judge Ekstrom, and **CLOSE THE FILE**.

DATED March 30, 2024.

<u>s/Robert H. Whaley</u><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

ORDER - 2